

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00440-CV

_____

IN RE PHIPPS ANDERSON DEACON LLP, PHIPPS DEACON PURNELL
PLLC, AND PHIPPS MAYES PLLC, Relators

Original Proceeding
48th District Court of Tarrant County, Texas
Trial Court No. 048-323196-21

Before Kerr, Birdwell, and Walker, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relators' amended petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied, and relators' motion for extension of time to file amended petition is denied as moot. We release our stay of January 4, 2022.

Per Curiam

Delivered: March 17, 2022